UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT ALLEN WEST,

Plaintiff,

v.

MACOMBER, et al.,

Defendants.

No. 1:26-cv-01718-KES-EPG (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

Doc. 11

Plaintiff Scott Allen West is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on March 3, 2026. Doc. 1. On May 6, 2026, the assigned magistrate judge screened the initial complaint and found that Plaintiff failed to state any cognizable claims. Doc. 7. The Court provided Plaintiff with leave to amend or to notify the Court that he wished to stand on his complaint. *Id.* Plaintiff filed a first amended complaint on May 21, 2026. Doc. 8. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge then screened the first amended complaint and issued findings and recommendations on June 11, 2026, recommending that this action be dismissed for failure to state a claim. Doc.11. The findings and recommendations were served on Plaintiff and contained notice that any objections were to be filed within thirty days after service. *Id.* at 12.

Plaintiff filed timely objections on July 6, 2026. Doc. 12. Plaintiff's objections do not identify any specific concern with the findings and recommendations. *See id.* While plaintiff requests leave to file a second amended complaint, he does not identify any additional facts that he could allege in such a further amended complaint that would establish a claim.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, including Plaintiff's objections, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on June 11, 2026, Doc. 11, are adopted in full;
2. Plaintiff's first amended complaint is dismissed for failure to state a claim; and
3. The Clerk of Court is directed to close the case and terminate any remaining matters.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE